**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

M.R.D., : No. 449 MAL 2015
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
L.R.D., :
:
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.